IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HERBERT RICHTER METALLWAREN-     )
APPARATEBAU GMBH & CO., KG, et al., )
    Plaintiffs,                    )
                                  )
v.                                )   Civil Action No. 1:10cv630
                                  )
GIB SERVICES, LLC, et al.,        )
    Defendants.                   )

## JUDGMENT ORDER

Upon consideration of the June 4, 2011 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the June 4, 2011 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff AlphaGrip, Inc. and against defendant Global Intellectual Brands, LLC on Counts I through V of the Amended Complaint and in the amount of $13,309 in attorney's fees.

It is further **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff Herbert Richter Metallwaren-Apparatebau GmbH & Co., KG and against defendant Global Intellectual Brands, LLC on Counts VII and VIII of the Amended Complaint.

It is further **ORDERED** that judgment is entered in favor of defendant and against plaintiffs collectively on Count VI of the Amended Complaint.

It is further **ORDERED** that defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, are hereby **ENJOINED** from engaging in conduct that infringes (i) the IGRIP Mark, U.S. Reg. No. 3,545,056, (ii) the HR AUTO

ACCESSORIES Mark, U.S. Reg. No. 3,325,231, (iii) the HIPGRIP Mark, U.S. Reg. No. 3,353,703; and (iv) the EARGRIP Mark, U.S. Reg. No. 3,341,410. Defendant is further **ENJOINED** from claiming any rights or interest in the IGRIP Design registration application, Application No. 76/621646.

The Clerk is **DIRECTED** to enter judgment, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
June 23, 2011

/s/
T. S. Ellis, III
United States District Judge